UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-6028 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Stipulated Motion for Remand, Dkt. 15, is **GRANTED**;

(3) The matter is **REVERSED** and remanded to the Commissioner for further administrative proceedings consistent with the R&R; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 16th day of July, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER