U.S. District Court Judge BENJAMIN H. SETTLE
U.S. Magistrate Judge DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AMANDA BODIE, | Case No. C18-6028-BHS-DWC |
| Plaintiff, | AGREED ORDER RE EAJA FEES |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $3,975.98 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501.

AGREED ORDER RE EAJA FEES - Page 1
[C18-6028-BHS-DWC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

DATED this 12th day of September, 2019.

                                       *[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ DAVID J. BURDETT
DAVID J. BURDETT
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

AGREED ORDER RE EAJA FEES    - Page 2
[C18-6028-BHS-DWC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276